**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**MICHAEL COCHRAN, et al.**                                                   **PLAINTIFFS**

**VS.**                          Case No. 03-CV-1111

**QUAIL PIPING PRODUCTS, INC., et al.**                                 **DEFENDANTS**

## JUDGMENT

Two motions are before the Court: (1) Quail Piping's Motion for Summary Judgment (Doc. 21); and (2) Louisiana Northwest's Motion for Summary Judgment (Doc. 25). Plaintiffs have responded. (Doc. 36)(Doc. 37). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds the Motions for Summary Judgment should be and hereby is **granted** and Plaintiff's lawsuit is dismissed with prejudice.

**IT IS SO ORDERED** this 27th day of October, 2005.

                                               /s/ Harry F. Barnes
                                                   Hon. Harry F. Barnes
                                                   U.S. District Judge